**The ESTATE OF E. Wayne HAGE and The Estate of Jean N. Hage, Plaintiffs,**

v.

**The UNITED STATES, Defendant.**

**No. 91–1470L.**

United States Court of Federal Claims.

Aug. 2, 2010.

Lyman D. Bedford and Michael Van Zandt, Hanson Bridgett, LLP, San Francisco, CA, for Plaintiffs.

Bruce K. Trauben, Trial Attorney, Department of Justice, Environmental and Natural Resources Division, Washington, D.C., with whom was Ronald J. Tenpas, Assistant Attorney General, Department of Justice, Washington, D.C., for Defendant.

### *FINAL JUDGMENT and ORDER*

SMITH, Senior Judge.

Pursuant to the Joint Submission of Interest Calculations for the Award of Interest on the Value of Plaintiffs' Water Rights, the Court hereby **AWARDS** Plaintiffs the total amount of $14,243,542.00. The Clerk is directed to enter final judgment accordingly and close this case.

**It is so ORDERED.**